UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HALL, | ) Case No. 06cv2134-BEN (BLM) |
| Plaintiff, | ) **ORDER FINDING EARLY NEUTRAL** |
| | ) **EVALUATION CONFERENCE** |
| v. | ) **INAPPROPRIATE** |
| MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; DOES 1 to 50, inclusive, | ) |
| Defendants. | ) |

Due to Defendant Merck & Company, Inc.'s intention to seek transfer of this case to the Judicial Panel on Multidistrict Litigation, see Doc. No. 1, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. See CivLR 16.1(c) (instructing that the "judicial officer shall hold [] conferences as he or she deems appropriate").

**IT IS SO ORDERED.**

DATED: October 3, 2006

BARBARA L. MAJOR
United States Magistrate Judge

06cv2134-BEN

1  COPY TO:

2  HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE
3

4  ALL COUNSEL